**Lowry Newton KLINK**

v.

**J. C. TAYLOR, Warden, U. S. Penitentiary, Leavenworth, Kansas.**

No. 6353.

United States Court of Appeals
Tenth Circuit.

June 2, 1960.

William L. Rees, Topeka, Kan., and Robert Sonheim, Denver, Colo., for appellant.

Wilbur G. Leonard, U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed on authority of Klink v. Looney, Warden, 10 Cir., 262 F.2d 119.